# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

**Hearing Information:**

| | |
|---|---|
| Debtor: | STROMER/SOUTHWEST MEDICAL & ORTHOPEDICS, LLC |
| Case Number: | 2:13-BK-18727-GBN     Chapter: 11 |
| Date / Time / Room: | TUESDAY, FEBRUARY 24, 2015  11:00 AM   6TH FLOOR #602 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | LUANN BELLER |
| Reporter / ECR: | KAYLA COLASONT |

**Matter:**

ORAL ARGUMENT ON BIODLOGICS' EMERGENCY MOTION TO APPOINT A CHAPTER 11 TRUSTEE

R / M #:   239 / 0

**Appearances:**

ETHAN B. MINKIN, ATTORNEY FOR STROMER/SOUTHWEST MEDICAL & ORTHOPEDICS,
ANDREW A. HARNISCH, ATTORNEY FOR STROMER/SOUTHWEST MEDICAL & ORTHOPEDICS,
SHELDON E RICHIE/PATRICK BARROWCLOUGH, ATTORNEYS FOR SURGILOGIX
EVANS O'BRIEN, ATTORNEY FOR BIODLOGICS
GEOFFREY S KERCSMAR, ATTORNEY FOR GLORIA GIFFORD
STEVEN D. JEROME, ATTORNEY FOR BIODLOGICS
S. CARY FORRESTER, ATTORNEY FOR BIODLOGICS
PATTY CHAN, ATTORNEY FOR U.S. TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:13-BK-18727-GBN     TUESDAY, FEBRUARY 24, 2015 11:00 AM

## Proceedings:

Mr. Harnisch noted that he recently filed a motion to strike.

The Court will allow argument today.

The Court explained it's preliminary view of this matter.

Mr. Harnisch asked that the new facts and allegations in the reply not be considered. He argued his position, asking that a chapter 11 trustee not be appointed. Mr. Harnisch addressed the issue of the accountant, Kent Krueger. He stated that Mr. Krueger is not going to file an application for compensation from the Bankruptcy Court.

Mr. Richie explained his position, stating that he believes that appointment of an examiner would satisfy the concerns of parties and would be more efficient. He stated that there are no assets to waste.

Ms. Chan reviewed the U.S. Trustee's concerns, stating they would support the appointment of a chapter 11 trustee.
She stated that she does not believe appointment of an examiner would be effective.

Mr. Jerome addressed the issue of the destruction of the inventory. He also addressed the inconsistency and inaccuracy of documents. Mr. Jerome also discussed the involvement of Mr. Krueger. He asked that a chapter 11 trustee be appointed.

Mr. Richie responded.

Mr. Harnisch replied, stating that

The Court placed it's decision on the record. Anyone who wishes a copy may obtain a transcript of this hearing.

COURT: IT IS ORDERED GRANTING THE MOTION TO APPOINT A CHAPTER 11 TRUSTEE AND DIRECTING THE U.S. TRUSTEE TO APPOINT A TRUSTEE FORTHWITH.